# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUDE EVERETTE BOUDREAUX

NO. 2026 KW 0463

**JUNE 15, 2026**

---

In Re:     Jude Everette Boudreaux, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 8211881.

---

**BEFORE:     WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.**

                          **EW**
                          **CHH**
                          **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT